# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TEAGUE ANTHONY FERNANDEZ,**

    **Plaintiff,**

v.                       Case No: 6:22-cv-1253-PGB-DAB

**PERKINS LLC,
d/b/a PERKINS RESTAURANT
AND BAKERY # 1132,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed November 4, 2022. (Doc. 28). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). The Court will retain jurisdiction to enforce the terms of the confidential settlement agreement entered into between the parties. *Id.* Plaintiff's claims against Defendant Perkins LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 7, 2022.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties